**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, | : : : CASE NO.: 11-1566 : : JURY TRIAL DEMANDED |
| Plaintiffs, | : |
| v. | : |
| JOHN P. MAROTTA and EMERGE MEDICAL, INC., f/k/a Emerge Surgical, Inc., | : : |
| Defendants. | : |

**ORDER**

AND NOW, this ____ day of _____, 2012, upon consideration of Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC's Motion for Leave to Amend Plaintiffs' Complaint, and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**, and the Amended Complaint attached to Plaintiffs' Motion as Exhibit "A" shall be deemed filed as of the date of this Order.

**BY THE COURT:**

_____
Ronald L. Buckwalter, S.J.