IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, : : : : Plaintiffs, : : v. : : JOHN P. MAROTTA and EMERGE MEDICAL, : INC., f/k/a Emerge Surgical, Inc., : : Defendants. : | CIVIL ACTION<br><br>NO.  11-1566 |

### ORDER

AND NOW, this *6th* day of *March*, 2012, upon consideration of the Motion by Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC for Leave to File an Amended Complaint (Docket No. 38), the Response of Defendants John P. Marotta and Emerge Medical, Inc. (Docket No. 41), and Plaintiffs' Reply Brief in Further Support of the Motion (Docket No. 44), it is hereby **ORDERED** that the Motion is **GRANTED** and that the proposed Amended Complaint, attached as Exhibit A to Plaintiffs' Motion shall be deemed filed as of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.