IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, : : : : : Plaintiffs, : : v. : : EMERGE MEDICAL, INC., JOHN P. : MAROTTA, ZACHARY W. STASSEN, ERIC : BROWN, and CHARLES Q. POWELL : : Defendants. : | CIVIL ACTION

NO. 11-1566 |

**ORDER**

**AND NOW**, this   15th   day of *August,* 2012, upon consideration of Defendant Zachary W. Stassen's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 62), the Response of Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC (Docket No. 68), Defendant Stassen's Reply Brief (Docket No. 78), and Plaintiff's Sur-Reply Brief (Docket No. 82), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 S/ *RONALD L. BUCKWALTER*
RONALD L. BUCKWALTER, S.J.