IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | NO.  11-1566 |
| EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC BROWN, and CHARLES Q. POWELL, | : : : : | |
| Defendants. | : : | |
| EMERGE MEDICAL, INC., | : : | |
| Counterclaim-Plaintiff, | : : | |
| v. | : : | |
| SYNTHES, INC., SYNTHES USA HQ, INC. SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, | : : : : | |
| Counterclaim-Defendants. | : | |

**ORDER**

**AND NOW**, this *28th* day of *September*, 2012, upon consideration of the Motion by Plaintiffs and Counterclaim-Defendants Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC (collectively "Synthes") to Dismiss Defendant and Counterclaim-Plaintiff Emerge Medical, Inc's Alleged "Abuse of Process" and Antitrust Counterclaims, and/or, in the alternative, to Bifurcate and Stay All

Proceedings and Discovery Related to Each Counterclaim (Docket No. 66), the Response of Defendant and Counterclaim-Plaintiff Emerge Medical, Inc. ("Emerge") (Docket No. 72), and Synthes's Reply Brief (Docket No. 79), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Synthes's Motion to Dismiss Emerge's Abuse of Process counterclaim is **DENIED AS MOOT** in light of Emerge's representation that no such counterclaim exists;

2. Synthes's Motion to Strike certain allegations from the Counterclaim Complaint is **DENIED**;

3. Synthes's Motion to Dismiss Counts IV, V, and VI of the Counterclaim Complaint is **GRANTED** and these claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.