IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC W. BROWN, CHARLES Q. POWELL, ET AL. <br><br> Defendants. | CASE NO.:  11-1566 <br><br> JURY TRIAL DEMANDED |

**SYNTHES' MOTION FOR SUMMARY JUDGMENT ON
DEFENDANT EMERGE MEDICAL, INC.'S AMENDED COUNTERCLAIMS**

Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC (collectively, "Synthes"), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment on the Amended Counterclaims for trade libel, tortious interference with prospective contractual relationships, Pennsylvania unfair competition, and declaratory judgments as to Synthes' claims for tortious interference with contract and aiding and abetting breach of fiduciary duty (Counts I-III and Counts VII & VIII) alleged on behalf of Defendant Emerge Medical, Inc.("Emerge").[1]

For the reasons set forth in the Memorandum of Law accompanying this Motion, which Synthes hereby incorporates by reference, Synthes respectfully requests that the Court grant its Motion for Summary Judgment on Emerge's Amended Counterclaims and enter an Order in the

---

[1] This Court has already dismissed Emerge's anti-trust counterclaims (Counts IV-VI) with prejudice.  (SUMF at ¶ 1153.)  *See Synthes, Inc. v. Emerge Inc.,* No. 11-1566, 2012 U.S. Dist. LEXIS 140251 (E.D. Pa. Sept. 28, 2012).

form submitted herewith.  Synthes also refers to and incorporates by reference its Statement of Uncontested Material Facts (hereinafter "SUMF") filed in conjunction with the instant Motion under seal, including paragraphs 1144 through 1150 which particularly relate to Emerge's Amended Counterclaims.

          Respectfully submitted,

Dated: November 18, 2013      **BLANK ROME LLP**

*/s/ Anthony B. Haller*
Anthony B. Haller
Michael P. Broadhurst
Kevin M. Passerini
Rosemary McKenna
One Logan Square
Philadelphia, PA  19103
(t) (215) 569-5690/5438/5466/5369
(f) (215) 832-5690/5438/5466/5369
haller@blankrome.com
broadhurst@blankrome.com
passerini@blankrome.com
mckenna@blankrome.com

*Attorneys for Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, | : CASE NO.: 11-1566 : : JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC W. BROWN, CHARLES Q. POWELL, ET AL. | |
| Defendants. | |

# MEMORANDUM OF LAW IN SUPPORT OF
# SYNTHES' MOTION FOR SUMMARY JUDGMENT
# ON DEFENDANT EMERGE MEDICAL, INC.'S COUNTERCLAIMS

**(FILED UNDER SEAL)**

## CERTIFICATE OF SERVICE

I, Rosemary McKenna, hereby certify that on November 18, 2013, I caused a true and correct copy of the foregoing, including the documents filed under seal, to be served via first-class U.S. mail upon the following:

Enu Mainigi, Esquire
Alex G. Romain, Esquire
Jennifer G. Wicht, Esquire
Daniel M. Dockery, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Anne R. Myers, Esquire
Gregory F. Brown, Esquire
Kaufman Dolowich Voluck & Gonzo LLP
1777 Sentry Pkwy W # 301
Blue Bell, PA 19422
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Andrew C. Efaw, Esquire
Sean G. Saxon, Esquire
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-5647
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

                         */s/ Rosemary McKenna*
                         ROSEMARY MCKENNA

Dated: November 18, 2013