## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, | : <br> : CASE NO.:  11-1566 <br> : <br> : JURY TRIAL DEMANDED <br> : |
| Plaintiffs, | : <br> : |
| v. | : CONFIDENTIAL- <br> : ATTORNEYS' EYES <br> : ONLY |
| EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC W. BROWN, CHARLES Q. POWELL, ET AL. | : <br> : <br> : |
| Defendants. | : |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO THE "STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS EMERGE MEDICAL, INC.'S, JOHN P. MAROTTA'S, AND CHARLES Q. POWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT"

### (FILED UNDER SEAL)

## <u>CERTIFICATE OF SERVICE</u>

I, Rosemary McKenna, hereby certify that on December 10, 2013, I caused a true and correct copy of the foregoing, including the documents filed under seal, to be served via first-class U.S. mail upon the following:

Enu Mainigi, Esquire
Alex G. Romain, Esquire
Jennifer G. Wicht, Esquire
Daniel M. Dockery, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Anne R. Myers, Esquire
Gregory F. Brown, Esquire
Kaufman Dolowich Voluck & Gonzo LLP
1777 Sentry Pkwy W # 301
Blue Bell, PA 19422
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Andrew C. Efaw, Esquire
Sean G. Saxon, Esquire
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-5647
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

*/s/ Rosemary McKenna* _____
ROSEMARY MCKENNA

Dated:  December 10, 2013