**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC W. BROWN, CHARLES Q. POWELL, ET AL.<br><br>Defendants. | CASE NO.: 11-1566<br><br>JURY TRIAL DEMANDED<br><br>CONFIDENTIAL-ATTORNEYS' EYES ONLY |

## SYNTHES' SUPPLEMENTAL APPENDIX OF EXHIBITS

### IN SUPPORT OF SYNTHES' RESPONSE IN OPPOSITION TO THE "STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS EMERGE MEDICAL, INC.'S, JOHN P. MAROTTA'S, AND CHARLES Q. POWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT" AND IN FURTHER SUPPORT OF SYNTHES' STATEMENT OF UNDISPUTED MATERIAL FACTS

## TABS 752 – 777

## FILED UNDER SEAL

090725.02126/22273489v.1

**CERTIFICATE OF SERVICE**

I, Rosemary McKenna, hereby certify that on December 10, 2013, I caused a true and correct copy of the foregoing, including the documents filed under seal, to be served via first-class U.S. mail upon the following:

Enu Mainigi, Esquire
Alex G. Romain, Esquire
Jennifer G. Wicht, Esquire
Daniel M. Dockery, Esquire
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Anne R. Myers, Esquire
Gregory F. Brown, Esquire
Kaufman Dolowich Voluck & Gonzo LLP
1777 Sentry Pkwy W # 301
Blue Bell, PA 19422
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

Andrew C. Efaw, Esquire
Sean G. Saxon, Esquire
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-5647
*Counsel for Defendants Emerge Medical, Inc., John Marotta
and Charles Q. Powell*

*/s/ Rosemary McKenna* _____
ROSEMARY MCKENNA

Dated: December 10, 2013