IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, : : : : Plaintiffs, : : v. : : EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC BROWN, and CHARLES Q. POWELL : : : : Defendants. : : EMERGE MEDICAL, INC. , : : Counterclaim-Plaintiff, : : v. : : SYNTHES, INC., SYNTHES USA HQ, INC. SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, : : : : Counterclaim-Defendants. : | CIVIL ACTION<br><br>NO. 11-1566 |

**<u>ORDER</u>**

**AND NOW**, this 11th day of *June*, 2014, upon consideration of the Motion for Summary Judgment on Defendant Emerge Medical, Inc.'s Amended Counterclaims on behalf of Plaintiffs Synthes, Inc., Synthes USA HQ, Inc., Synthes USA, LLC, Synthes USA Sales, LLC, and Synthes USA Products, LLC (collectively "Synthes") (Docket Nos. 201 & 208), the Response of Defendant Emerge Medical, Inc. ("Emerge") (Docket No. 225), and Synthes's Reply

Brief (Docket Nos. 232 & 233), it is hereby **ORDERED** that Synthes's Motion is **GRANTED** in its entirety.

**JUDGMENT IS ENTERED** in favor of Synthes and against Emerge on the entirety of Emerge's Amended Counterclaim Complaint.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.