IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYNTHES, INC., SYNTHES USA HQ, INC., SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMERGE MEDICAL, INC., JOHN P. MAROTTA, ZACHARY W. STASSEN, ERIC BROWN, and CHARLES Q. POWELL <br><br> Defendants. | CIVIL ACTION <br><br> NO. 11-1566 |
| EMERGE MEDICAL, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> SYNTHES, INC., SYNTHES USA HQ, INC. SYNTHES USA, LLC, SYNTHES USA SALES, LLC, and SYNTHES USA PRODUCTS, LLC, <br><br> Counterclaim-Defendants. | |

FILED
JUN 12 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this *12th* day of *June*, 2014, it is hereby **ORDERED** that the Court's Order dated June 5, 2014 (Docket No. 244-4) shall be **AMENDED** as follows:

1. Paragraph 2(a) shall read:

    "a. As to the Assignment Provision in the Non-Disclosure Agreement:
       i. Defendants' Motion for Summary Judgment is **GRANTED**;
       ii. Plaintiffs' Motion for Summary Judgment is **DENIED**; and
       iii. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiffs on this claim."

2.     Paragraph 7 shall read:

> "7.     With respect to Count VIII of the Amended Complaint alleging False Advertising under the Lanham Act, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED**."

It is so **ORDERED**.

BY THE COURT:

_/s/ MLM_
RONALD L. BUCKWALTER, S.J.